IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_Maurice Bernard Stewart, Jr._
_February 8th, 1967_
_#208-348_
_14100 McMullen Hwy. S.W._
_Cumberland, Maryland 21502_
(Full name, date of birth, identification #, address of petitioner)
**Plaintiff,**

v.

_Boy Scouts of America_
_Unknown address at this time_
(Full name and address of respondent)
**Defendant(s).**

Case No.:_____
(Leave blank. To be filled in by Court.)

## COMPLAINT

I. Previous Lawsuits

   A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

       YES ☐   NO ☒

   B. If you answered YES, describe that case(s) in the spaces below.

     1. Parties to the other case(s):

       Plaintiff: _N/A_

       Defendant(s): _N/A_

     2. Court (if a federal court name the district; if a state court name the city or county):

       _N/A_

3. Case No.: N/A

4. Date filed: N/A

5. Name of judge that handled the case: N/A

6. Disposition (won, dismissed, still pending, on appeal): N/A
   N/A

7. Date of Disposition: N/A

II. Administrative Proceedings

   A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

   YES ☐   NO ☑

   1. If you answered YES:

      a. What was the result? This Case is not a part of the MaryLand Division of Correction.

      b. Did you appeal? _____

      YES ☐   NO ☑

   2. If you answered NO to either of the questions above, explain why: This Case is Not a part of the Division of Correction, so the Remedy Process or the ARP Process does Not apply.

III. Statement of Claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

I approximately 1978, was in the Cub Scouts which is a branch of the boy scouts, i was taken into a house on Riggs Avenue in West Baltimore Area and My Cub Scout Leader gave me

Continuation of Statement of Claim

alcoholic drink, Made me watch a pornographic movie and made me smoke some Marijuana and then my scout Leader, Mr. Marks started burning me with his Lighted ciggarette in my chest area and burning on my stomach area too. And then Mr. Marks started touching me all over my body inappropriately, therefore he sexually molested me and tortured me too.

IV. Relief
(State briefly what you want the Court to do for you.)

I am requesting For the Court to grant Me a Monetary award due to compensatory and punitive damages For $10 million dollars against the Boy Scouts of America

SIGNED THIS 9th day of November 2020.

_Maurice Bernard Stewart Jr_
Signature of Plaintiff

_Maurice Bernard Stewart, Jr_
Printed Name

14100 McMullen Hwy S.W
Address
Cumberland, Maryland 21502

Telephone Number

Email Address

MAURICE BERNARD STEWART, Jr.
  Plaintiff,

V.                    *   CIVIL ACTION NO.:

THE BOY SCOUTS OF AMERICA  *
  Defendants.

\*     \*     \*     \*     \*     \*     \*     \*

## PLAINTIFF'S DEMAND FOR A JURY TRIAL

Plaintiff, Maurice B. Stewart, Jr., in pro se hereby files this civil Action and Demand a Jury Trial.

Respectfully Submitted,
Maurice B. Stewart, Jr.
Maurice B. Stewart, Jr
Plaintiff, pro se

11/9/2020

Dear Ms. Felicia C. Cannon, Clerk,

Enclosed with the filled out 1983 civil Lawsuit Forms are the inmate Financial Statement showing that i am an indigent inmate with No Money.

Also included is a Demand for a Jury trial too.

Thank You,
Respectfully Submitted,
Maurice B. Stewart, Jr.
Maurice B. Stewart, Jr.
Plaintiff, pro se

___ FILED   ___ ENTERED
___ LOGGED  ___ RECEIVED

NOV 17 2020

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY